# SCHNEIDER & WALLACE
### ATTORNEYS AT LAW

Todd M. Schneider
Guy B. Wallace
Carolyn H. Cottrell
Clint J. Brayton
Joshua Konecky

W.H. Willson, IV
Camilla L. Roberson
Lindy J. Morrison
Patrick J. Suter
Brian H. Chun
Rachel E. Brill
Nancy Park
Christian Schreiber

April 26, 2007

Paula Hagan Bennett, of Counsel
Cael Davis, of Counsel

VIA E-FILE

Honorable Joseph C. Spero,
USDC, Northern District of California
450 Golden Gate Ave, 15th Floor
San Francisco, CA 94102

Re: *Piper, et al. v. RGIS Inventory Specialists, Inc.*
USDC Case No. 3:07-cv-00032 JCS

Dear Judge Spero:

Plaintiffs in the above captioned matter respectfully request leave to file the attached Declaration of Nathan Koff In Opposition to Defendant's Motion For An Order Declaring "Opt-Ins" Invalid. This Declaration is offered in light of Defendant's recently filed Response to Plaintiffs' Surreply and provides additional information regarding the April 6, 2007 telephone conversation between the Nathan Koff, a staff member at the law firm of Schneider & Wallace and Mr. Geoffrey Domowicz.

Thank you for your attention to this matter

Very truly yours,

SCHNEIDER & WALLACE

*Camilla L. Roberson*

CAMILLA L. ROBERSON
Attorney at Law

Dated: April 27, 2007

**IT IS SO ORDERED**
Judge Joseph C. Spero

180 Montgomery, Suite 2000, San Francisco, California 94104
Phone: 415.421.7100 ■ Fax: 415.421.7105 ■ TTY: 415.421.1655
www.schneiderwallace.com